**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7807**

---

GARY LEON MORTON,

Plaintiff - Appellant,

versus

SAMUEL DAWKINS; CHRIS MARSHAL; CAPTAIN MCFADDEN; RICK JACKSON,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-03-196-3-MU)

---

Submitted: January 29, 2004          Decided:  February 9, 2004

---

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gary Leon Morton, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Leon Morton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Morton v. Dawkins, No. CA-03-196-3-MU (W.D.N.C. filed Sept. 12, 2003 & entered Sept. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED